United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Angel Azambuya, Plaintiff<br><br>v.<br><br>Nationwide Security Solutions,<br>Inc., Defendant | Civil Action No. 20-23597-Civ-Scola |

### Order of Dismissal

The Plaintiff has dismissed the individual claims in this case with prejudice and the putative class claims without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 8.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on October 14, 2020.

_____
Robert N. Scola, Jr.
United States District Judge